UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
OCT 0 9 2013

******************************************************************************

|  |  |  |
|---|---|---|
| KAREN BRAKE, | * | CIV 12-4217 |
| Plaintiff, | * |  |
| vs. | * | JUDGMENT |
| THE HUTCHINSON TECHNOLOGY INCORPORATED GROUP DISABILITY INCOME INSURANCE PLAN, | * |  |
| Defendant. | * |  |

******************************************************************************

In accordance with the Memorandum Opinion and Order issued on today's date,

IT IS ORDERED that judgment is entered against Plaintiff and in favor of Defendants on all causes of action.

Dated this 9th day of October, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summa Wahupel
      Deputy